# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**261**

**CAF 11-01998**

PRESENT: SMITH, J.P., FAHEY, PERADOTTO, LINDLEY, AND MARTOCHE, JJ.

---

IN THE MATTER OF JUDY A. KAVANAUGH,
PETITIONER-RESPONDENT,

V                                                    ORDER

LAWRENCE M. KAVANAUGH, JR.,
RESPONDENT-APPELLANT.

---

LAW OFFICES OF JAWORSKI & GIACOBBE, CHEEKTOWAGA (DAVID V. JAWORSKI OF COUNSEL), FOR RESPONDENT-APPELLANT.

JUSTIN S. WHITE, WILLIAMSVILLE, FOR PETITIONER-RESPONDENT.

-------------------------------------------------------------------------------

        Appeal from an order of the Family Court, Erie County (Kevin M. Carter, J.), entered January 19, 2011 in a proceeding pursuant to Family Court Act article 4.  The order denied the objections of respondent to the order of the Support Magistrate.

        Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on February 14, 2012,

        It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.

Entered:  March 16, 2012                    Frances E. Cafarell
                                            Clerk of the Court